IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

U.S. BANK NATIONAL ASSOCIATION,
AS TRUSTEE UNDER THE POOLING
AND SERVICING AGREEMENT,
DATED AS OF JANUARY 1, 2004, 2004-
CB1 TRUST, C-BASS MORTGAGE
LOAN ASSET-BACKED
CERTIFICATES, SERIES 2004-CB1

        Plaintiff,

v.

BRIAN ANDERSON, CITY OF
CHICAGO, MUNICIPAL
CORPORATION

        Defendants.

Case No: 1:12-cv-3165

Judge: John F. Grady

## MOTION FOR ENTRY OF JUDGMENT OF FORECLOSURE NUNC PRO TUNC

NOW COMES the Plaintiff, **U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT, DATED AS OF JANUARY 1, 2004, 2004-CB1 TRUST, C-BASS MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2004-CB1**, by and through its attorney, Megan Christine Adams, and moves this Honorable Court for Entry of Judgment of Foreclosure Nunc Pro Tunc 3/13/2013. In support thereof, Plaintiff states as follows:

1. On 4/27/2012 Plaintiff filed its Complaint to Foreclose Mortgage.

2. On 8/29/2012 Plaintiff filed its Motion for Summary Judgment requesting the Court enter a judgment of foreclosure in favor of Plaintiff.

3. On March 13, 2013 the Court granted summary judgment in favor of the Plaintiff, requesting the Plaintiff submit a proposed judgment of foreclosure.

4. For reasons unknown to new counsel, a Judgment of Foreclosure was never entered.

5. Therefore, Plaintiff seeks a judgment of foreclosure nunc pro tunc March 13, 2013 so that Plaintiff may proceed with the sale of this foreclosed property.

WHEREFORE, Plaintiff respectfully requests that a Judgment of Foreclosure be entered in this case, with a nunc pro tunc date of March 13, 2013, so that the Plaintiff can move forward with the sale of this foreclosed property.

Respectfully submitted,

*/s/ Megan Christine Adams*
Megan Christine Adams ARDC#6312221
Potestivo & Associates, P.C.
223 West Jackson Blvd, suite 610
Chicago, IL 60601
(312)263-0003